|  | AUSA: | Jonathan Goulding | Telephone: (313) 226-9577 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Officer: | Mary Riehs | Telephone: (313) 394-5465 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Edwin SUAZO-MURILLO
Alias: Edwin S. Marillo

Case No. Case: 2:22-mj-30295
Assigned To : Unassigned
Assign. Date : 7/6/2022
USA V. SEALED MATTER (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 22, 2022 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about April 22, 2022, in the Eastern District of Michigan, Southern Division, Edwin SUAZO-MURILLO, a non-citizen from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about April 30, 2017, at or near Nogales, AZ and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☐ Continued on the attached sheet.

_____ 7/5/2022
Complainant's signature

Mary Riehs - Deportation Officer, ICE
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 6, 2022

_____
Judge's signature

City and state: Detroit, MI

U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Mary Riehs, declare the following under penalty of perjury:

1. I am a Deportation Officer employed with Immigration and Customs Enforcement (ICE) of the United States Department of Homeland Security, having served with ICE since July 2020. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers and record checks of law enforcement databases. I have also reviewed relevant immigration records and system automated data relating to Edwin SUAZO-MURILLO, which reveal the following:

2. SUAZO-MURILLO is a thirty-nine-year-old native and citizen of Honduras who last entered the United States on an unknown date, at an unknown place, without inspection by an immigration officer.

3. On or about June 26, 2009, the Orleans Parish Sheriff's Office arrested SUAZO-MURILLO for the offenses of Public Drunkenness and Obstructing Public Place. Disposition unknown.

4. On or about July 5, 2009, the Orleans Parish Sheriff's Office arrested SUAZO-MURILLO for the offenses of Public Drunkenness and Criminal Trespass. Disposition unknown.

5. On or about August 12, 2009, the Orleans Parish Sheriff's Office arrested SUAZO-MURILLO for the offenses of Criminal Trespass and Misrepresentation Name/Age/Address. Disposition unknown.

6. On or about September 13, 2011, ICE/ERO encountered SUAZO-MURILLO at St. Louis, MO and served him with Form I-862 Notice to Appear, and on May 30, 2012, an Immigration Judge in Oakdale, LA ordered SUAZO-MURILLO removed from the United States to Honduras.

7. On or about June 7, 2012, ICE/ERO removed SUAZO-MURILLO to Honduras through New Orleans, LA.

8. On or about October 31, 2013, the Orleans Parish District Court in New Orleans, LA convicted SUAZO-MURILLO for the offenses of 2 Counts Attempt Simple Robbery, Battery of Police Officer, Simple Burglary, and

Simple Criminal Damage to Property, and sentenced him to 3 years' incarceration.

9. On or about November 19, 2015, ICE/ERO served SUAZO-MURILLO with Form I-871, Notice of Intent/Decision to Reinstate Prior Order, at Oakdale, LA, and on or about December 11, 2015, ICE/ERO removed SUAZO-MURILLO from the U.S. to Honduras through Baton Rouge, LA.

10. On or about April 29, 2017, U.S. Customs and Border Protection (CBP) arrested SUAZO-MURILLO at Nogales, AZ, after subject made an Oral False Claim to U.S. Citizenship while applying for admission at a port-of-entry. On or about April 30, 2017, CBP served SUAZO-MURILLO with Form I-860, Notice and Order of Expedited Removal, and removed him from the U.S. to Mexico.

11. On or about August 19, 2018, the Orleans Parish Sheriff's Office arrested SUAZO-MURILLO for the offense of Disturbing the Peace (2 counts). Disposition unknown.

12. On or about February 5, 2019, the Orleans Parish Sheriff's Office arrested SUAZO-MURILLO for the offenses of Attempt 2nd Degree Murder and Possession of Drug Paraphernalia. Disposition unknown.

13. On or about July 2, 2020, the Orleans Parish Sheriff's Office arrested SUAZO-MURILLO for the offenses of Theft, Resist/Obstruct Officer, and Criminal Trespass. Disposition unknown.

14. On or about June 10, 2021, the Jefferson Parish Sheriff's Office arrested SUAZO-MURILLO for the offenses of Theft. Disposition unknown.

15. On or about June 11, 2021, ICE/ERO issued an I-247 Detainer for SUAZO-MURILLO at the Jefferson Parish Sheriff's Office in Harvey, LA.

16. On or about June 13, 2021, the Orleans Parish Sheriff's Office arrested SUAZO-MURILLO for the offenses of Aggravated Battery with Dangerous Weapon, Theft of a Motor Vehicle and Access Device Fraud. Disposition unknown.

17. On or about July 14, 2021, the Orleans Parish Sheriff's Office arrested SUAZO-MURILLO for the offense of Simple Burglary. Disposition unknown.

18. On or about April 22, 2022, the Troy Police Department arrested SUAZO-MURILLO for a Traffic Offense. On this same date, the PERC issued an I-247 Detainer for SUAZO-MURILLO with the Troy Police Department in Troy, MI.

19. On or about April 28, 2022, the 52-4 District Court in Troy, MI convicted SUAZO-MURILLO for the offense of Operating While Intoxicated and sentenced him to 50 days incarceration and F/C/R in the amount of $350.00.

20. On or about June 3, 2022, ICE/ERO arrested and transported SUAZO-MURILLO without incident to the Detroit ICE field office and served him with Form I-871, Notice of Intent/Decision to Reinstate Prior Order. Fingerprint checks confirmed a positive match for Edwin SUAZO-MURILLO, DOB: XXXX1983, AXXX XXX 212, a previously removed alien.

21. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any non-citizen entering or attempting to enter the United States, or any non-citizen present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of noncitizens.

22. A review of immigration records (A# XXX XXX 212) for SUAZO-MURILLO and queries in U.S. Department of Homeland Security databases reveal that no record exists of SUAZO-MURILLO obtaining permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on or about April 30, 2017.

23. Based on the above information, there is probable cause to believe that, on or about April 22, 2022, in the Eastern District of Michigan, Southern Division, SUAZO-MURILLO, an alien, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about April 30, 2017 and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; all in violation of Title 8, United States Code, Section 1326(a).

_____ 7/6/2022
Mary Riehs
~~Deportation Officer~~

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Honorable Kimberly G. Altman
United States Magistrate Judge

Dated: July 6, 2022